UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

                                  Chapter 7

Raul Scott Fails, and            Case No. 9:15-bk-07727-FMD
Jean M Fails,

     Debtor.
_____/

## APPLICATION TO EMPLOY REALTOR FOR TRUSTEE

     LUIS E. RIVERA, II, Trustee in Bankruptcy of the above captioned matter, hereby make application unto this Honorable Court as follows:

     1.     Among the assets of the bankruptcy estate is an and undivided 7/24 interest in and to that certain real property lying and being in the Town of Forest, Richland County, Wisconsin, that is more particularly described as follows:

     The North One-quarter (1/4) of the Southeast One-Quarter (1/4) of the Southwest One-quarter (1/4), lying Easterly of CTH "MM"; The North One-quarter (1/4) of the South One-half (1/2) of the Southeast One-quarter (1/4); The East One-half (1/2) of the Northeast One-quarter (1/4); The Northeast One-quarter (1/4) of the Southeast One-quarter (1/4), all in Section Twenty-seven (27), Township Twelve (12) North, Range Two (2) West, Town of Forest, Richland County, Wisconsin.

     Address: 13779 County Highway MM, Viola, Wisconsin

     Parcel ID Numbers: 012-2744-1000; 012-2714-0000; 012-2711-0000; 012-2741-0000 and 012-2734-3000

     2.     Applicant believes it is in the best interest of the bankruptcy estate that he be authorized to employ ANDREW SCHULTZ and WHITETAIL PROPERTIES REAL ESTATE, LLC, a disinterested party, as a Realtor pursuant to the listing agreement attached as **Exhibit A** and pay a 7% commission in the event of a sale since the property in question is not readily marketable by him without assistance.

WHEREFORE Applicant prays that he be authorized to enter into a listing agreement and execute the Listing Agreement attached as Exhibit "A", and to pay said broker out of the proceeds of sale.

     I hereby certify that a true and correct copy of the above and foregoing has been furnished electronically to Cynthia P. Burnette, Assistant U.S. Trustee, on September 10, 2018.

                                 /s/ Luis E. Rivera II
                                 Luis E. Rivera II, Trustee
                                 Post Office Box 1026
                                 Fort Myers, Florida 33902-1026
                                 239. 254.8466
                                 trustee.rivera@gray-robinson.com

**VERIFIED STATEMENT**

      I, ANDREW SCHULTZ, of WHITETAIL PROPERTIES REAL ESTATE, LLC, proposed realtor for the Trustee in the above captioned case, declare under penalties of perjury that I am rendering services, subject to the Court's appointment for the Trustee in said cause, and that I have not and will not in any guise or form agree to share my compensation for such services with any person, and I have no connection with the debtor, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee.

Dated 8/31/2018 | 12:15 PM CDT

ANDREW SCHULTZ