ORDERED.

Dated:  September 11, 2018

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

Raul Scott Fails, and Jean M Fails,

Chapter 7
Case No. 9:15-bk-07727-FMD

Debtor.
_____/

**ORDER APPROVING**
**APPLICATION TO EMPLOY REALTOR FOR TRUSTEE**

**THIS CASE** came before the Court on the Application to Employ Realtor for Trustee (Doc. No. 40) filed by the Chapter 7 Trustee.  The Court having reviewed the Application, having considered the record of this cause and being otherwise advised in the premises, finds that it is in the best interest of the estate to appoint a broker for the purpose of having the assets of the bankruptcy estate sold, therefore it is

**ORDERED** that the Application be and the same is hereby **APPROVED**, and it is further

**ORDERED** that the Trustee be, and he is hereby authorized to employ ANDREW SCHULTZ and WHITETAIL PROPERTIES REAL ESTATE, LLC, as realtor; and it is

**FURTHER ORDERED** that compensation shall be determined later in accordance with 11 U.S.C. § 330 upon properly submitted application for allowance filed in compliance with Rule 2016, Federal Rules of Bankruptcy Procedure.

Trustee Luis E. Rivera is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order