ORDERED.

**Dated: July 08, 2019**

*[Signature]*
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

Raul Scott Fails,
Jean M Fails,

   Debtor(s).
_____/

Chapter 7
Case No. 9:15-bk-07727-FMD

## ORDER GRANTING MOTION TO SELL PROPERTY OF THE ESTATE

**THIS CASE** came before the Court without a hearing on the Motion to Sell Property of the Estate (Doc. No. 43) (the "**Motion**") filed by the Chapter 7 Trustee. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within twenty-one (21) days of service of the paper plus an additional three days for service if any party was served by U.S. Mail. No party filed an objection within the time permitted and the Court therefore deems the matter to be unopposed. Accordingly, it is

**ORDERED** as follows:

1. The Motion is **GRANTED**.

2. Trustee shall be, and hereby is, authorized to sell the estate's right, title and undivided 7/24 interest in and to the following described property (the "**Property**") to James Kreuter, and James J. Janiszewski & Karen Janiszewski, husband and wife (collectively, "**Purchasers**") for the sum of $95,000.00:

> The North One-quarter (1/4) of the Southeast One-Quarter (1/4) of the Southwest One-quarter (1/4), lying Easterly of CTH "MM"; The North One-quarter (1/4) of the South One-half (1/2) of the Southeast One-quarter (1/4); The East One-half (1/2) of the Northeast One-quarter (1/4); The Northeast One-quarter (1/4) of the Southeast One-quarter (1/4), all in Section Twenty-seven (27), Township Twelve (12) North, Range Two (2) West, Town of Forest, Richland County, Wisconsin.

      Address:  13779 County Highway MM, Viola, Wisconsin.

      Parcel ID Numbers: 012-2744-1000; 012-2714-0000; 012-2711-0000; 012-2741-0000 and 012-2734-3000.

      3.      The sale of the Property is made in good faith and the Purchaser is a good faith purchaser entitled to the protections of Section 363(m).

      4.      There shall be no stay of this Order pursuant to Rule 62(a), Federal Rules of Civil Procedure, or Rule 6004(h), Federal Rules of Bankruptcy Procedure, and the Trustee is authorized to close on the sale of the above-referenced property upon entry of this Order.

Trustee Luis E. Rivera is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order