UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:                                                          Chapter 7

Raul Scott Fails                                           Case No. 9:15-bk-07727-FMD
Jean M Fails

      Debtor(s)
_____/

## PROOF OF SERVICE

      I certify that a true copy of the *Order Granting Motion to Sell Property of the Estate (Doc. No. 44)* was furnished via Notice of Electronic Filing through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case, including Walter G Bullington, Jr., The Law Offices Of Norman And, Bullington Chartered, Tampa, FL 33609, and U.S. Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602, and was provided by U.S. Mail to: Raul Scott Fails and Jean M Fails, 107 Broadmoor Lane, Rotonda West, FL 33947.

      DATED: July 10, 2019

                                  /s/ Luis E. Rivera II
                                Luis E. Rivera II, Trustee
                                Florida Bar No. 0013913
                                Post Office Box 1026
                                Fort Myers, Florida 33902-1026
                                239. 254.8466
                                trustee.rivera@gray-robinson.com