UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

Raul Scott Fails
Jean M Fails

Chapter 7
Case No. 9:15-bk-07727-FMD

Debtor(s).
_____/

**REPORT AND NOTICE OF
TRUSTEE'S INTENTION TO ABANDON PROPERTY OF THE ESTATE**

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.**

**If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at United States Bankruptcy Court, 801 N. Florida Avenue, Suite 555, Tampa, FL 33602, and serve a copy on the movant's attorney, Luis E. Rivera, II, P.O. Box 1026, Fort Myers, FL 33902, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

TO: CREDITORS, DEBTOR(S) AND OTHER PARTIES IN INTEREST

LUIS E. RIVERA II, as Trustee in Bankruptcy, reports that he intends to abandon the following property of the estate, which property is burdensome to the estate and/or is on inconsequential value to the estate

| PROPERTY | LIENHOLDER | LIEN AMT. | VALUE |
|---|---|---|---|
| 107 Broadmoor Lane<br>Rotunda West, FL 3947 | Suntrust Bank<br>PO Box 791274<br>Baltimore, MD 21279 | $155,766.43 | $109,000.00 |
| 50% interest in<br>W 348 S10675 Island Drive<br>Waukesha, WI | Mark Kapsos<br>117 N. Meadowside Court<br>Oconomowoc, WI 53066 | $31,026.34 | $150,000.00 |

**NOTICE IS HEREBY GIVEN** that all objections to the proposed abandonment shall be in writing and filed with the Clerk of Court, United States Bankruptcy Court, 801 N. Florida Ave., Suite 555, Tampa, FL 33602-3899, and a copy of same shall be served on the Trustee within fourteen (14) days from the date of mailing.  The objection shall state the reason for the objection and shall include a request for a hearing on the objection.  If no objection is filed, the abandonment shall be deemed to be final.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 26, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that the foregoing was provided electronically or by U.S. Mail to:  Raul Scott Fails and Jean M Fails, 107 Broadmoor Lane , Rotonda West, FL 33947; Walter G Bullington, Jr., , The Law Offices Of Norman And Bullington Chartered, Tampa, FL 33609; United States Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602; and All Creditors Who Filed Claims as listed on the attached matrix.

/s/ Luis E. Rivera II
Luis E. Rivera II, Trustee
Post Office Box 1026
Fort Myers, Florida 33902-1026
239.254.8466
trustee.rivera@gray-robinson.com

```
Label Matrix for local noticing      Ally Financial                      MOHELA / DEPT OF ED
113A-9                               PO Box 130424                       633 SPIRIT DR
Case 9:15-bk-07727-FMD               Roseville MN 55113-0004             CHESTERFIELD, MO 63005-1243
Middle District of Florida
Ft. Myers
Fri Jul 26 14:53:03 EDT 2019

Mark Kapsos                          Midland Credit Management,Inc      Quantum3 Group LLC as agent for
117 N. Meadowside Court              as agent for MIDLAND FUNDING LLC   Comenity Bank
Oconomowoc, WI 53066-8712            PO Box 2011                        PO Box 788
                                     Warren, MI 48090-2011              Kirkland, WA  98083-0788



End of Label Matrix
Mailable recipients    5
Bypassed recipients    0
Total                  5
```