# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case Number:** 15-07727 CED | **Trustee:** | LUIS E. RIVERA II |
| **Case Name:** Raul Scott Fails | **Filed (f) or Converted (c):** | 07/28/15 (f) |
| Jean M Fails | **§341(a) Meeting Date:** | 09/02/15 |
| **Period Ending:** 03/31/19 | **Claims Bar Date:** | 01/04/16 |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 107 Broadmoor Lane, Rotonda West, Florida 33947 | 109,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 50% interest in property located at W 348 S10675 Island Drive, Waukesha, WI | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1/6 interest in 142 acres in Richland County, WI (u) | 20,000.00 | 110,000.00 | | 0.00 | 110,000.00 |
| 4 | cash | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account with SunTrust Bank | 44.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account with Englewood Bank | 150.00 | 37.50 | | 37.50 | FA |
| 7 | Checking account with PyraMax Bank | 100.00 | 25.00 | | 25.00 | FA |
| 8 | Checking account with SunCoast FCU | 100.00 | 25.00 | | 25.00 | FA |
| 9 | Savings account with SunCoast FCU | 5.00 | 1.25 | | 1.25 | FA |
| 10 | Love Seats, 2 Chairs, Lamps, Dining Room Table W C (see footnote) | 1,500.00 | 1,335.00 | | 1,335.00 | FA |
| 11 | Misc books, pictures, CDs and DVDs | 10.00 | 0.00 | | 0.00 | FA |
| 12 | clothing | 50.00 | 0.00 | | 0.00 | FA |
| 13 | costume jewelry and wedding rings | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 2 sets of golf clubs and bags and misc. fishing tackle (see footnote) | 50.00 | 660.00 | | 660.00 | FA |
| 15 | Whole life insurance policy with State Farm | 500.00 | 0.00 | | 0.00 | FA |
| 16 | Whole life insurance policy with American Family | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | Term life insurance at work | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 401 (k) with Principal Financial Group | 6,752.76 | 0.00 | | 0.00 | FA |
| 19 | 401(K) with Eaton Corp. | 87,852.27 | 0.00 | | 0.00 | FA |
| 20 | Father's estate | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case Number: | 15-07727 CED | Trustee: | LUIS E. RIVERA II |
|---|---|---|---|
| Case Name: | Raul Scott Fails | Filed (f) or Converted (c): | 07/28/15 (f) |
| | Jean M Fails | §341(a) Meeting Date: | 09/02/15 |
| Period Ending: | 03/31/19 | Claims Bar Date: | 01/04/16 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 21 | 2004 Buick Rainier w/126,000 miles (KBB.com fair condition) | 2,759.00 | 759.00 | | 759.00 | FA |
| 22 | 2015 Tax Refund (u) | 0.00 | 171.00 | | 171.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$380,023.03** | **$113,013.75** | | **$3,013.75** | **$110,000.00** |

Regarding Property #10   BEDROOM ONE:

1. Two folding television trays - $10.00

2. Vacuum - $15.00

3. Lamp - $6.00


BEDROOM TWO:

1. Vintage dresser (damaged) with mirror and headboard - $100.00

2. Mattress and box springs - $0.00

3. Lamp - $10.00

4. Samsung television - $150.00


DEN / KITCHEN:

1. Computer and printer belong to Boca Boats *

1. One television tray - $5.00

2. Folding table - $5.00

3. Desk chair - $8.00

4. Kenmore dishwasher - $40.00

5. Hotpoint flat top range - $170.00

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 3

6. Panasonic microwave - $15.00

7. Samsung side-by-side refrigerator - $400.00

8. Assorted dishes, pots, pans, utensils, glasses, miscellaneous kitchenware and small appliances - $35.00

FORMAL LIVING ROOM:

1. Dated table, 6 chairs and server - $200.00

2. Two taupe recliners, 3 years old - $100.00

3. Action end loveseat - $300.00

4. Lamp - $10.00

5. Philips television, older - 150.00

MASTER BEDROOM:

1. Double bed, 2 night stands, and dresser - $450.00

2. Emerson television - $65.00

PORCH:

1. Samsung television - $50.00

2. LG DVD player - $6.00

3. Grill - $15.00

4. Four person hot tub with cover - $400.00

5. Umbrella on stand - $20.00

6. Table and 6 PVC chairs - $100.00

Regarding Property #14    GARAGE:

1. Admiral dryer - $125.00

2. GE washer - $100.00

3. Haier freezer - $50.00

4. Ten rods and reels - $200.00

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

5. File cabinet - $25.00

6. Ladder - $20.00

7. Echo string trimmer - $40.00

8. Two sets of golf clubs - $150.00

**Major activities affecting case closing:**
Filed Notice of Abandonment. <7/26/2019, 3:08:30 PM - LR-435>

Email to G. Champeau, Esq. regarding scheduling closing. <7/22/2019, 2:39:32 PM - LR-435>

Recd Order Granting Motion to Sell; Prepare and file Proof of Service <7/10/2019, 12:01:29 PM - AM-443>

Submitted proposed order granting Motion to Sell Property. Emails to/from S. Wisotzkey, Esq. regarding status of sale. <7/5/2019, 6:04:57 AM - LR-435>

Executed Agreement for Purchase and Sale. Filed Motion to Sell. <5/29/2019, 2:42:05 PM - LR-435>

Emails to/from Realtor regarding status of listing. Jan. 31, 2019 (LR)

Email to Realtor regarding status of listing. Jan. 21, 2019 (LR)

Reduced listing price to $459,000.00. Dec. 16, 2018 (LR)

Rev'd offer to purchase; Counter. Email to S. Wistozkey, Esq. regarding offer. Nov. 20, 2018 (LR)

E-mail to Realtor to confirming listing is live. Oct. 5, 2018 (LR)

E-mailed signed listing agreement to Andrew Schultz. Sept. 26, 2018 (LR)

Recd Order Approving Application to Employ Andrew Schultz; Prepare and file Proof of Service 9/17/2018 - Anne Migliore

Filed Application to Employ Whitetail Properties as Realtor. Submitted proposed order. Sept. 10, 2018 (LR)

E-mail to Proposed Realtor enclosing draft employment application. Aug. 30, 2018 (LR)

TC with Realtors at Whitetail Properties and UC Hunting Properties regarding potential listing. Aug. 9, 2018 (LR)

Rev'd correspondence from S. Wisotzkey regarding form of letter agreement; Preparation of response. JUly 2, 2018 (LR)

Correspondence to S. Wisotzkey regarding proposed release of lien. June 11, 2018 (LR)

Follow up e-mail to Rick Kolbriger. Dec. 18, 2017 (LR)

E-mail to Rick Kolbriger. Dec. 7, 2017 (LR)

Telephone conference with S. Wisotzkey, Esq. regarding appraisal of property. Dec. 4, 2017 (LR)

Telephone conference with Rick Kolbriger. Revise Agreement. July 24, 2017 (LR)

Telephone conference with Rick Kolbriger regarding offer to purchase estate's interest in Richland County, WI property. March 27, 2017 (LR)

Telephone conference with Rick Kolbriger regarding potential sale of Richland County, WI property. Jan. 20, 2017 (LR)

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Page: 5

Recd Order Approving Application of Trustee to Employ Counsel 1/6/2017; Filed Proof of Service 1/9/2017 - Anne Migliore

Filed Application to Employ HFSH & submitted proposed order.  E-mail to S. Wisotzkey, Esq. requesting copy of vesting deeds.  Correspondence to counsel for Mr. & Mrs. Kreuter regarding sale of Richland County, WI property.  Jan. 6, 2017 (LR)

Order Granting Motion for Approval of Stipulation for Repurchase entered 04/21/16; filed Proof of Service.  April 25, 2016 (RH)

Submitted proposed Order Granting Motion for Approval of Stipulation.  April 19, 2016 (RH)

Filed Withdrawal of Notice of Abandonment.  Correspondence to Jessie Leopard requesting referral to Realtor in Richland County, WI.  April 11, 2016 (LR)

Filed Motion Approve Stip for Repurchase of Non-Exempt Assets, in addition to, Notice of Abandonment of Property of the Estate. March 25, 2016 (JP)

Correspondence to Debtor's Counsel enclosing revised Stipulation for Repurchase of Non-Exempt Assets. Requested copy of 2015 tax return.  Mar. 17, 2106 (LR)

Correspondence to Debtor's Counsel enclosing proposed Stipulation for Repurchase of Non-Exempt Assets. March 9, 2016 (JP)

Mailed 2015 tax intercept letter to IRS. Dec. 31, 2015 (JP)

Rec'd offer for 1/6 interests in vacant land.  Dec. 30, 2015 (LR)

Order Granting in Part and Denying in Part Motion For Relief From Stay and Abandonment filed by Mark S. Kapsos and Cancelling Hearing Scheduled for October 29, 2015 entered 10/8/15.  Oct. 13, 2015 (LR)

Filed Notice of Assets. Preliminary Hearing Order on Motion for Relief from Stay filed by Creditor, Mark S. Kapsos, entered 9/25/15.  Hearing scheduled for 10/29/2015 at 09:30 AM at Ft. Myers, FL.  Oct. 2, 2015 (LR)

Filed Objection to Motion for Relief from Stay, Motion to Compel Abandonment.  Sept. 24, 2015 (LR)

Order Approving Application to Employ Read and Kelley Estate Services, LLC as Appraiser entered 09/10/15; filed Proof of Service.  September 11, 2015 (RH)

Filed Application to Employ an Appraiser; submitted proposed Order approving same.  September 9, 2015 (RH)

E-mailed initial 341 doc request to counsel.  - Jodi Payne 8/24/2015  
 [Jodi Payne 2015-08-24 18:58:58]

**Initial Projected Date of Final Report (TFR):**  August 31, 2017          **Current Projected Date of Final Report (TFR):**  August 31, 2018

Page: 1

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-07727 CED | | Trustee: | LUIS E. RIVERA II |
|---|---|---|---|---|
| Case Name: | Raul Scott Fails | | Bank Name: | Union Bank |
| | Jean M Fails | | Account: | ******8053 - Checking |
| Taxpayer ID#: | *****0285 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 03/31/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/16 | Asset #22 | United States Treasury | Surrender of 2015 Tax Refund | 1224-000 | 171.00 | | 171.00 |
| 03/25/16 | | Raul Scott Fails | Repurchase Non-Exempt Assets per Order (Doc. 31). | | 2,842.75 | | 3,013.75 |
| 03/25/16 | Asset #8 | Raul Scott Fails | Checking Account With Suncoast Fcu                    25.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #21 | Raul Scott Fails | 2004 Buick Rainier W/126,000 Miles (Kbb.Com Fair Condition)          759.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #10 | Raul Scott Fails | Love Seats, 2 Chairs, Lamps, Dining Room Table W Chairs, 4 T          1,335.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #14 | Raul Scott Fails | 2 Sets Of Golf Clubs And Bags And Misc. Fishing Tackle          660.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #6 | Raul Scott Fails | Checking Account With Englewood Bank                 37.50 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #7 | Raul Scott Fails | Checking Account With Pyramax Bank                  25.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #9 | Raul Scott Fails | Savings Account With Suncoast Fcu                    1.25 | 1129-000 | | | 3,013.75 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,998.75 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,983.75 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,968.75 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,953.75 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,938.75 |

Page: 2

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-07727 CED | | Trustee: | LUIS E. RIVERA II |
|---|---|---|---|---|
| Case Name: | Raul Scott Fails | | Bank Name: | Union Bank |
| | Jean M Fails | | Account: | ******8053 - Checking |
| Taxpayer ID#: | *****0285 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 03/31/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,923.75 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,908.75 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,893.75 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,878.75 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,863.75 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,848.75 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,833.75 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,818.75 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,803.75 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,788.75 |
| 08/16/17 | | James R. Kreuter DBA Midwest Properties Management | Deposit on purchase of Asset 3 - 142 Acres in Richland County, WI | 1180-000 | 500.00 | | 3,288.75 |
| 08/16/17 | | Karen Janiszewski | Deposit on purchase of Asset 3 - 142 Acres in Richland County, WI | 1180-000 | 500.00 | | 3,788.75 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,773.75 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,758.75 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,743.75 |

# Form 2
## Cash Receipts and Disbursements Record

| Case Number: | 15-07727 CED | | Trustee: | LUIS E. RIVERA II |
| --- | --- | --- | --- | --- |
| Case Name: | Raul Scott Fails | | Bank Name: | Union Bank |
| | Jean M Fails | | Account: | ******8053 - Checking |
| Taxpayer ID#: | *****0285 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 03/31/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,728.75 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,713.75 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,698.75 |
| 02/09/18 | 30001 | Karen Janiszewski | Refund Deposit for liquidation of Asset 3 (1/6 Interest in 142 Acres) | 8500-002 | | 500.00 | 3,198.75 |
| 02/09/18 | 30002 | James R. Kreuter DBA Midwest Properties Management | Refund Deposit for liquidation of Asset 3 (1/6 Interest in 142 Acres) | 8500-002 | | 500.00 | 2,698.75 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,683.75 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,668.75 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,653.75 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,638.75 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,623.75 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,608.75 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,593.75 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,578.75 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,563.75 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,548.75 |

Page: 4

# Form 2
## Cash Receipts and Disbursements Record

| | |
|---|---|
| **Case Number:** | 15-07727 CED |
| **Case Name:** | Raul Scott Fails |
| | Jean M Fails |
| **Taxpayer ID#:** | *****0285 |
| **Period Ending:** | 03/31/19 |

| | |
|---|---|
| **Trustee:** | LUIS E. RIVERA II |
| **Bank Name:** | Union Bank |
| **Account:** | ******8053 - Checking |
| **Blanket Bond:** | $77,173,558.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,533.75 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,518.75 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,503.75 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,488.75 |
| | | | **ACCOUNT TOTALS** | | 4,013.75 | 1,525.00 | $2,488.75 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 4,013.75 | 1,525.00 | |
| | | | Less: Payment to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,013.75** | **$1,525.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8053** | 4,013.75 | 1,525.00 | 2,488.75 |
| | **$4,013.75** | **$1,525.00** | **$2,488.75** |