UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:  Case No. 9:15-bk-07727-FMD
Chapter 7

Raul Scott Fails
Jean M Fails
                Debtor(s)
_____/

APPLICATION OF TRUSTEE FOR COMPENSATION

      I, Luis E. Rivera II, declare under penalty of perjury that the following statements are true and correct:

      1. The Application of Luis E. Rivera II, brought pursuant to 11 U.S.C.§ 330, shows that he is the duly appointed trustee in the above captioned estate, that the assets of the estate have been liquidated, and that there came into hands of the undersigned trustee for disbursements the total sum of $99,013.75.

      2. In the administration of the estate, applicant has performed those services required by a trustee as set forth in 11 U.S.C.§ 704.

      3. Applicant deems said services to be reasonably worth $8,150.69. The statutory allowance is the sum of $8,150.69 and your applicant has heretofore received on account of his compensation as such trustee the sum of $0.00.

      4. Applicant has not in any form or guise agreed to share the compensation for such services with any person not contributing thereto, or to share in the compensation of any person not contributing thereto, or to share in the compensation of any person rendering services in this proceeding to which services applicant has not contributed. Applicant has not entered into any agreement, written or oral, express or implied, with any other party in interest or any attorney of any other party in interest in this proceeding for the purpose of fixing the amount of the fees or other compensation to be paid to any party in interest of any attorney of any party in interest herein for services rendered in connection therewith.

5. As said Trustee, applicant has paid out of his own funds the following expenses properly chargeable to said estate, none of which have been repaid and for which he prays reimbursement, to wit:

| | |
|---|---:|
| Trustee Bond | $4.57 |
| Copies | $118.05 |
| Postage | $93.29 |
| **Total Expenses** | **$215.91** |

WHEREFORE, Luis E. Rivera II prays for such allowance for his services herein as the Court finds reasonable and just.

This application will be noticed as part of the notice of final report.

DATED at FT. MYERS, Florida this 24 day of September, 2019.

/s/ Luis E. Rivera II, Trustee
Luis E. Rivera II, Trustee
P.O. Box 1026
Fort Myers, FL 33902
(239) 254-8466

Trustee Expenses:
Case No. 9:15-bk-07727-FMD

**Category: COPIES**

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 03/25/16 | Mailing of Motion Approve Stipulation for Repurchase | 228.00 | Page(s) | 0.1500 | $34.20 |
| 05/29/19 | Mailing of Motion to Sell | 177.00 | Page(s) | 0.1500 | $26.55 |
| 07/26/19 | Mailing of Notice of Abandonment | 18.00 | Page(s) | 0.2500 | $4.50 |
| 07/29/19 | Certified copy of Order Granting Motion to Sell | 1.00 | Page(s) | 12.0000 | $12.00 |
| 09/23/19 | Mailing of NFR | 272.00 | Page(s) | 0.1500 | $40.80 |
|  |  | 696.00 |  |  | $118.05 |

**Category: POSTAGE**

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 03/25/16 | Mailing of Motion Approve Stipulation for Repurchase | 57.00 | Stamp | 0.4700 | $26.79 |
| 05/29/19 | Mailing of Motion to Sell | 59.00 | Stamp | 0.5000 | $29.50 |
| 07/26/19 | Mailing of Notice of Abandonment | 6.00 | Stamp | 0.5000 | $3.00 |
| 09/23/19 | Mailing of NFR | 68.00 | Stamp | 0.5000 | $34.00 |
|  |  | 190.00 |  |  | $93.29 |

**Category: TRUSTEE BOND**

| Date | Description | Quantity | Unit of Measure | Cost Per Unit | Total |
|---|---|---|---|---|---|
| 09/23/19 | December 31, 2016 Bank Balance x Bond Factor | 2893.75 | Case | 0.0005 | $1.45 |
| 09/23/19 | December 31, 2017 Bank Balance x Bond Factor | 3713.75 | Case | 0.0005 | $1.86 |
| 09/23/19 | December 31, 2018 Bank Balance x Bond Factor | 2533.75 | Case | 0.0005 | $1.27 |
|  |  | 9141.25 |  |  | $4.57 |
|  | **Total Expenses** |  |  |  | **$215.91** |

**Expense Recap**

| | | |
|---|---|---|
| | Trustee Bond | $4.57 |
| | Copies | $118.05 |
| | Postage | $93.29 |
| **Total Expenses** | | **$215.91** |

**Total Expenses:** $215.91

**Less Previously Paid Expenses:** $0.00

**Total Expenses Requested:** $215.91