UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

Raul Scott Fails
Jean M Fails

Chapter 7
Case No. 9:15-bk-07727-FMD

Debtor(s).
_____/

## APPLICATION FOR COMPENSATION OF ATTORNEY FOR TRUSTEE

Luis E. Rivera II, as Trustee in Bankruptcy, pursuant to 11 U.S.C. § 330 and Rule 2016(a), Federal Rules of Bankruptcy Procedure, and makes application for an order approving final compensation for services rendered and reimbursement of necessary expenses by Henderson, Franklin, Starnes & Holt, P.A. ("**Henderson Franklin**"), attorneys for the Chapter 7 Trustee in the above captioned case, stating as follows:

1. On January 6, 2017, the Court entered its Order Approving Trustee's Application to Employ Counsel, which Order authorized the Trustee to employ counsel to assist him with the complicated legal problems involved in the administration of this estate, and, pursuant to the Court's Order, the Trustee employed Henderson Franklin through February 27, 2018.

2. During the progress of the administration of the estate, Henderson Franklin assisted in the preparation of all of the Trustee's reports, applications and legal papers, held conferences with the Trustee and the Trustee's Final Report has now been filed.

3. The Trustee has filed with the Court all reports and records as required by the Court, and has disposed of all non-exempt property, and Henderson Franklin is entitled to a reasonable fee for its services on behalf of the Trustee for the benefit of the estate in the sum of $2,275.00 and reimbursement of its actual, reasonable, and necessary out-of-pocket expenses incurred in the amount of $0.00.

4. A summary of Applicant's Activities is attached hereto as **Exhibit A**.

This application will be noticed as part of the Notice of Final Report.

I HEREBY CERTIFY that on September 24, 2019, the foregoing was provided electronically or by U.S. Mail to U.S. Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602.

/s/ Luis E. Rivera II
Luis E. Rivera II, Trustee
Post Office Box 1026
Fort Myers, Florida 33902-1026
239. 254.8466
trustee.rivera@gray-robinson.com



Henderson, Franklin, Starnes & Holt, P.A.
P.O. Box 280
Fort Myers, Florida 33902-0280
Telephone 239-344-1100
EIN 59-1237100

September 23, 2019

TO: Henderson Franklin Starnes & Holt Bankruptcy Trustee
1715 Monroe Street
Fort Myers, FL 33901

Attorney: Rivera, Luis E II
File No. 25371/657
Invoice No. 710140
Session No. 102950

Re: Henderson Franklin Starnes & Holt Bankruptcy Trustee Re: Fails, Raul and Jean

**Services:**

| Date | Description | Attorney | Hours |
|---|---|---|---|
| 01/06/17 | Preparation of employment application. | Rivera, Luis E II Shareholder | 0.40 |
| 01/06/17 | Telephone call to R. Kobriger, Esquire, counsel for Mr. and Mrs. Kreuter. | Rivera, Luis E II Shareholder | 0.10 |
| 01/06/17 | Preparation of correspondence to R. Kobringer, Esquire regarding potential Section 363(h) sale. | Rivera, Luis E II Shareholder | 0.80 |
| 01/06/17 | Receipt and review of e-mail from S. Wisotzkey, Esquire regarding status of sale of Richland County acreage. | Rivera, Luis E II Shareholder | 0.20 |
| 01/06/17 | Preparation of e-mail to S. Wisotzkey, Esquire requesting conveyance document. | Rivera, Luis E II Shareholder | 0.30 |
| 01/25/17 | E-mail to R. Kolbriger, Esquire enclosing BPO. | Rivera, Luis E II Shareholder | 0.20 |
| 03/27/17 | Telephone conference with Richard Kolbriger, Esquire regarding sale of Richland County, WI property. | Rivera, Luis E II Shareholder | 0.40 |
| 04/10/17 | Receipt and review of e-mail from R. Kolbrigser regarding offer to purchase WI property. | Rivera, Luis E II Shareholder | 0.20 |
| 08/15/17 | Telephone conference with Samuel Wisotzkey, Esquire. | Rivera, Luis E II Shareholder | 0.60 |
| 08/15/17 | Preparation of Motion to Sell Property of Estate. | Rivera, Luis E II Shareholder | 1.00 |
| 08/15/17 | E-mails to/from R. Kolbrigger, Esquire regarding Motion to Sell. | Rivera, Luis E II Shareholder | 0.30 |
| 08/15/17 | Preparation of e-mail to S. Wisatzkey, Esquire regarding Motion to Sell. | Rivera, Luis E II Shareholder | 0.30 |
| 08/15/17 | Preparation of e-mail to S. Wisatzkey, Esquire regarding Motion to Sell. | Rivera, Luis E II Shareholder | 0.30 |

| Date | Description | Timekeeper | Hours |
|---|---|---|---|
| 09/07/17 | Receipt and review of e-mail from Buyer's Counsel regarding sale of the property free & clear of liens | Rivera, Luis E II Shareholder | 0.20 |
| 09/20/17 | Preparation of e-mail to R. Kulbriger regarding release of Kapsos Judgment Lien. | Rivera, Luis E II Shareholder | 0.20 |
| 09/20/17 | Telephone call to S. Wisotzkey, Esquire. | Rivera, Luis E II Shareholder | 0.10 |
| 09/21/17 | Telephone conference with S. Wositskey, Esquire regarding Motion to Sell Property of the Estate. | Rivera, Luis E II Shareholder | 0.30 |
| 01/12/18 | Preparation of e-mail to S. Wisotzkey, Esquire regarding consent to sale. | Rivera, Luis E II Shareholder | 0.30 |
| 02/09/18 | Telephone conference with S. Wisotzkey, Esquire. | Rivera, Luis E II Shareholder | 0.80 |

### TIMEKEEPER SUMMARY

| RANK | TIMEKEEPER | HRS. | RATE | AMOUNT |
|---|---|---|---|---|
| Shareholder | Rivera, Luis E II | 7.00 | 325.00 | $2275.00 |

**TOTAL FEES:** 2,275.00

**Disbursements:**

** NO DISBURSEMENTS WERE CHARGED TO THIS MATTER IN THE CURRENT BILLING PERIOD**

**TOTAL AMOUNT:** **$2,275.00**

Henderson Franklin Starnes & Holt Bankru  
September 23, 2019

Invoice No. 710140  
Prebill No. 841732  
Page No. 3  
Fmt #03

CURRENT INVOICE SUMMARY

Summary of Charges Rendered on this Invoice:

| | |
|---|---:|
| Current Fees: | 2,275.00 |
| Current Disbursements: | 0.00 |
| Total Charges for this Invoice: | $2,275.00 |
| **LESS: Trust Funds Applied to this Invoice** | **-0.00** |
| Balance Due this Invoice | $2,275.00 |
| Outstanding Accounts Receivable: | $0.00 |
| **TOTAL AMOUNT DUE THIS MATTER:** | **$2,275.00** |

**CURRENT TRUST ACTIVITY**