UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

                                              Chapter 7

Raul Scott Fails                        Case No. 9:15-bk-07727-FMD
Jean M Fails

       Debtor.
_____/

**APPLICATION FOR AUTHORITY TO**
**PAY APPRAISER (READ AND KELLEY ESTATE SERVICES, LLC)**

    COMES NOW, Luis E. Rivera, II, as Trustee in Bankruptcy of the above captioned matter, and he does hereby make application unto this Honorable Court for authority to pay the sum of $200.00 for an appraisal performed by Read and Kelley Estate Services, LLC in accordance with Order on Application to Employ Appraiser previously entered herein, and a copy of the appraisal is attached, together with a copy of an itemization of services provided. An Order was entered September 10, 2015 authorizing the appraiser's employment.

    WHEREFORE, your Trustee prays that the above compensation payments be allowed and paid.

    I HEREBY CERTIFY that on September 25, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing was provided electronically or by U.S. Mail to the United States Trustee, 501 East Polk St., Suite 1200, Tampa, FL 33602.

                                   /s/ Luis E. Rivera II
                                   Luis E. Rivera II, Trustee
                                   P.O. Box 1026
                                   Fort Myers, FL 33902
                                   (239) 254-8466
                                   Trustee.Rivera@gray-robinson.com

Luis E. Rivera, Trustee                                           October 17,2015
Post Office Box 280
Fort Myers, FL 33902-0280

Re: Raul Scott Fails and Jean M. Fails, Case No. 9-15-bk-07727-FMD

Dear Mr. Rivera,

As you requested, Read and Kelley Estate Services, LLC conducted a summary appraisal of personal property on September 16, 2015, at 107 Broadmoor Lane, Rotonda West, Florida 33947.  It is understood that the property belongs to Raul Scott Fails and Jean M. Fails and they were present during my inspection. Values are effective as of the date of inspection.

The object of this appraisal was to determine Fair Market Value for use by the United States Bankruptcy Court in the administration of this case. Any other use renders this appraisal null and void. Values stated do not reflect any expenses that may be incurred should these items be sold, such as advertising costs or selling commissions.

This report is intended for use only by you, our client, and the United States Bankruptcy Court. Use of this report by others is not intended, nor is this report an indication of, or a certificate of title or ownership. The identification of the interest of the party(ies) involved is simply that represented to the appraiser by such party and no inquiry or investigation will be made nor is any opinion to be given as to the truth of such representation. If this report is reproduced, copied, or otherwise used, it must be done so in it's entirety including the cover document and all attachments.

The appraisal report has been structured to comply with the Internal Revenue Code pertaining to Bankruptcy. The definition of Fair Market Value as set forth in that section of the Code is as follows:  "The price in terms of money which a property would bring in a competitive and open market under conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably, and assuming the price is not affected by undue stimulus."

In this appraisal, value has been established by the market data approach. This method of valuation involves comparison of the property with similar items which have sold within the market that considered most common for each item. Markets considered and the recent sales prices reviewed for items comparable to those listed include but are not limited to, auctions, used furniture stores, used electronic and appliance stores, yard sales, flea markets, pawn shops, internet on-line sales and auctions, personal observation, recognized price guides, classified advertisements as well as reviewed sales by dealers and retailers.

Market analysis appears normal for this time of year. Because quality, condition, desirability and obsolescence affect the appropriate market where items could be purchased by the public, different markets may have considered for different items of property.

All information concerning this report is regarded as confidential. Read and Kelley Estate Services, LLC will retain a copy of this document for no less than 24 months however any digital photographs taken will not be kept. Furthermore, we will not allow others to have access to this report unless ordered to do so by a court of law.

In general the condition of the items was good. Any further alterations are so noted in the appraisal report. This appraisal is based on readily apparent identity of the items appraised, and any electronic or mechanical devices or equipment is assumed to be in good working order unless otherwise noted.  Furthermore, it is understood that in the appraisal and valuation of motorized vehicles for the purpose of bankruptcy, Read and Kelley Estate Services, LLC are bound by the requirements as to the determination of value of the persons or entities to whom the report ultimately goes.  Any value assessments that were based solely or in part on information given to the appraiser while on site may or may not be accurate depending on the validity of the information provided.

Any items included in this report that the on site appraiser did not personally inspect may be listed with the debtors own values as stated in the Schedule B filed with the Trustee's office. Furthermore any value assessments that were based solely or in part on information given to the appraiser while on site may or may not be accurate depending on the validity of the information provided.

All wood designations are based only on visual examination without benefit of laboratory analysis, which is necessary for conclusive identification. Therefore, all stated wood identities and associated values are conditional on an "appears to be" basis. Furthermore, no employee associated with Read and Kelley Estate Services, LLC represents themselves to be a certified Fine Art Appraiser and all framed art work, prints, posters and picture values are based only on superficial visual examination. None were removed from their frames for verification or authentication which is necessary for conclusive identification. Therefore, all stated art identities and associated values are conditional on an "appears to be" basis within the parameters of our experience.

No employee associated with Read and Kelley Estate Services, LLC in any way represents themselves to be a certified gemologist and any and all jewelry values stated are based on secondary market estimates. Furthermore gemstones are not removed from their settings to be precisely measured and all size measurements are approximate. Jewelry values in this appraisal may be based on readily apparent identity of the items appraised and some stated identities are based only on the reliability of the MIZAR Diamond Tech Pro diamond tester and/ or the Acculab brand scale that I carry to determine weight and authenticity. Items of jewelry stamped as 10, 14 or 18 K gold are accepted as such, other items are tested with acid and results are only as reliable as the acid test provides.  Gold and / or silver values may be based in full or part on spot prices from the date the items were researched.

The values expressed herein are based on the appraiser's best judgment and opinion and are not a warranty that the items will realize those values if offered for sale. The values expressed are based on current information on the date the appraisal was made. No opinion is expressed as to any past or future values.

Qualifications to execute this appraisal are on file with the Trustees office.

**BEDROOM ONE**

| | | |
|---|---|---:|
| 1. | Two folding television trays | 10.00 |
| 2. | Vacuum | 15.00 |
| 3. | Lamp | 6.00 |

**BEDROOM TWO**

| | | |
|---|---|---:|
| 1. | Vintage dresser (damaged) with mirror and headboard | 100.00 |
| 2. | Mattress and box springs | -0- |
| 3. | Lamp | 10.00 |
| 4. | Samsung television | 150.00 |

**DEN / KITCHEN**

| | | |
|---|---|---:|
| 1. | Computer and printer belong to Boca Boats | * |
| 1. | One television tray | 5.00 |
| 2. | Folding table | 5.00 |
| 3. | Desk chair | 8.00 |
| 4. | Kenmore dishwasher | 40.00 |
| 5. | Hotpoint flat top range | 170.00 |
| 6. | Panasonic microwave | 15.00 |
| 7. | Samsung side-by-side refrigerator | 400.00 |
| 8. | Assorted dishes, pots, pans, utensils, glasses, miscellaneous kitchenware and small appliances | 35.00 |

**GARAGE**

| | | |
|---|---|---:|
| 1. | Admiral dryer | 125.00 |
| 2. | GE washer | 100.00 |
| 3. | Haier freezer | 50.00 |
| 4. | Ten rods and reels | 200.00 |
| 5. | File cabinet | 25.00 |
| 6. | Ladder | 20.00 |
| 7. | Echo string trimmer | 40.00 |
| 8. | Two sets of golf clubs | 150.00 |

## FORMAL LIVING ROOM

1. Dated table, 6 chairs and server                            200.00
2. Two taupe recliners, 3 years old                            100.00
3. Action end loveseat                                         300.00
4. Lamp                                                         10.00
5. Philips television, older                                   150.00

## MASTER BEDROOM

1. Double bed, 2 night stands, and dresser                     450.00
2. Emerson television                                           65.00
3. Clothing                                                     50.00
4. Costume jewelry and wedding bands as per schedule B         100.00

## PORCH

1. Samsung television                                           50.00
2. LG DVD player                                                 6.00
3. Grill                                                        15.00
4. Four person hot tub with cover                              400.00
5. Umbrella on stand                                            20.00
6. Table and 6 PVC chairs                                      100.00

**TOTAL VALUE OF INVENTORY**                                **$3,645.00**

_____
Read & Kelley Estate Services LLC
by, Joy Augustine
GPPA, AOA-AM, CEA, ABA

**APPRAISAL CERTIFICATION**

- Statements of fact contained in this report are true and correct. The opinions stated, are based on a full and fair consideration of all the facts available on the date the appraisal was made.

- The reported analysis, opinions, and conclusions are limited only by the reported critical assumptions and limiting conditions, and personal unbiased professional analysis, opinions and conclusions.

- Read and Kelley Estate Services, LLC, has no undisclosed past, present or future interest in the appraised items or in any proceeds to be derived therefrom, and have no personal interest or bias with respect to the parties involved.

- Neither employment nor compensation for this appraisal were contingent upon the reporting of a predetermined value that favors the client, on the amount of the value estimate, on the attainment of stipulated results, or the occurrence of a subsequent event.

- Unless noted elsewhere an employee of Read and Kelley Estate Services, LLC, has personally inspected the listed property that is the subject of this report.

- Unless noted elsewhere, no one provided significant professional assistance to Read and Kelley Estate Services, LLC.

- This appraisal has been prepared in conformity with and is subject to the International Society of Appraisers' *Appraisal Report Writing Standard* and to the ISA Code of Ethics. In addition our analysis, opinions and conclusions were developed, and this report has been prepared in conformity with, The Appraisal Foundations' *Uniform Standard of Professional Appraisal Practice* (USPAP). Any departure from these standards were discussed with the client in advance and are noted in the report.
- The AMI has mandatory re-qualification requirements for all their members. Appraisers employed by Read and Kelley Estate Services, LLC, are in full compliance with those regulations.

_____
Read & Kelley Estate Services LLC
by, Joy Augustine
GPPA, AOA-AM, CEA, ABA

Read and Kelley Estate Services, LLC
PO Box 3111
N. Fort Myers, FL  33918

(239)731-2201
personalpropertyappraiser@yahoo.com
http://personalpropertyappraiser.net



# Invoice

| Date | Invoice # |
|---|---|
| 10/28/2015 | 10047 |

| Bill To |
|---|
| Trustee, Luis E. Rivera<br>P. O. Box 280<br>Fort Myers, FL  33902-0280 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 09/05/2015 | Administration from service date to invoice date | 1 | 30.00 | 30.00 |
| 09/16/2015 | Apportioned travel | 1.8 | 30.00 | 54.00 |
| 09/16/2015 | Fuel surcharge Collier/Charlotte/Hendry County | 1 | 8.00 | 8.00 |
| 09/16/2015 | On-site inspection | 0.8 | 60.00 | 48.00 |
| 10/26/2015 | Research & formal report preparation, from on-site date to invoice date | 1 | 60.00 | 60.00 |

Name: Raul & Jean Fails
Case No: 9-15-bk-07727-FMD

Total  $200.00