**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| In re:   Raul Scott Fails | § | Case No. 9:15-bk-07727-FMD |
|          Jean M Fails | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/28/2015. The undersigned trustee was appointed on 07/29/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $       99,013.75

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 540.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 1,000.00 |
   | Exemption paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]    $ | 97,473.75 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 01/04/2016 and the deadline for filing governmental claims was 01/22/2016. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,150.69. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,150.69, for a total compensation of $8,150.69.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $215.91, for total expenses of $215.91.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/25/2019         By: /s/ LUIS E. RIVERA II
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

FORM 1 | Exhibit A
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES | Page: 1

**Case Number:** 15-07727 CED
**Case Name:** Raul Scott Fails
Jean M Fails
**Period Ending:** 09/25/19

**Trustee:** LUIS E. RIVERA II
**Filed (f) or Converted (c):** 07/28/15 (f)
**§341(a) Meeting Date:** 09/02/15
**Claims Bar Date:** 01/04/16

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 107 Broadmoor Lane, Rotonda West, Florida 33947 | 109,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | 50% interest in property located at W 348 S10675 Island Drive, Waukesha, WI | 150,000.00 | 0.00 | OA | 0.00 | FA |
| 3 | 1/6 interest in 142 acres in Richland County, WI (u) (see footnote) | 20,000.00 | 110,000.00 | | 95,000.00 | FA |
| 4 | cash | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Checking account with SunTrust Bank | 44.00 | 0.00 | | 0.00 | FA |
| 6 | Checking account with Englewood Bank | 150.00 | 37.50 | | 37.50 | FA |
| 7 | Checking account with PyraMax Bank | 100.00 | 25.00 | | 25.00 | FA |
| 8 | Checking account with SunCoast FCU | 100.00 | 25.00 | | 25.00 | FA |
| 9 | Savings account with SunCoast FCU | 5.00 | 1.25 | | 1.25 | FA |
| 10 | Love Seats, 2 Chairs, Lamps, Dining Room Table W C (see footnote) | 1,500.00 | 1,335.00 | | 1,335.00 | FA |
| 11 | Misc books, pictures, CDs and DVDs | 10.00 | 0.00 | | 0.00 | FA |
| 12 | clothing | 50.00 | 0.00 | | 0.00 | FA |
| 13 | costume jewelry and wedding rings | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 2 sets of golf clubs and bags and misc. fishing tackle (see footnote) | 50.00 | 660.00 | | 660.00 | FA |
| 15 | Whole life insurance policy with State Farm | 500.00 | 0.00 | | 0.00 | FA |
| 16 | Whole life insurance policy with American Family | 1,000.00 | 0.00 | | 0.00 | FA |
| 17 | Term life insurance at work | 0.00 | 0.00 | | 0.00 | FA |
| 18 | 401 (k) with Principal Financial Group | 6,752.76 | 0.00 | | 0.00 | FA |
| 19 | 401(K) with Eaton Corp. | 87,852.27 | 0.00 | | 0.00 | FA |
| 20 | Father's estate | 0.00 | 0.00 | | 0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

Page: 2

| Case Number: | 15-07727 CED | Trustee: | LUIS E. RIVERA II |
| --- | --- | --- | --- |
| Case Name: | Raul Scott Fails | Filed (f) or Converted (c): | 07/28/15 (f) |
| | Jean M Fails | §341(a) Meeting Date: | 09/02/15 |
| Period Ending: | 09/25/19 | Claims Bar Date: | 01/04/16 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 21 | 2004 Buick Rainier w/126,000 miles (KBB.com fair condition) | 2,759.00 | 759.00 | | 759.00 | FA |
| 22 | 2015 Tax Refund (u) | 0.00 | 171.00 | | 171.00 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$380,023.03** | **$113,013.75** | | **$98,013.75** | **$0.00** |

Regarding Property #3    Estate's interest = 7/24ths.
Regarding Property #10   BEDROOM ONE:

1. Two folding television trays - $10.00

2. Vacuum - $15.00

3. Lamp - $6.00


BEDROOM TWO:

1. Vintage dresser (damaged) with mirror and headboard - $100.00

2. Mattress and box springs - $0.00

3. Lamp - $10.00

4. Samsung television - $150.00


DEN / KITCHEN:

1. Computer and printer belong to Boca Boats *

1. One television tray - $5.00

2. Folding table - $5.00

3. Desk chair - $8.00

4. Kenmore dishwasher - $40.00

5. Hotpoint flat top range - $170.00

Case 9:15-bk-07727-FMD    Doc 53    Filed 09/25/19    Page 5 of 16

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Exhibit A

Page: 3

6. Panasonic microwave - $15.00

7. Samsung side-by-side refrigerator - $400.00

8. Assorted dishes, pots, pans, utensils, glasses, miscellaneous kitchenware and small appliances - $35.00

FORMAL LIVING ROOM:

1. Dated table, 6 chairs and server - $200.00

2. Two taupe recliners, 3 years old - $100.00

3.  Action end loveseat - $300.00

4.  Lamp - $10.00

5. Philips television, older - 150.00

MASTER BEDROOM:

1. Double bed, 2 night stands, and dresser - $450.00

2. Emerson television - $65.00

PORCH:

1. Samsung television - $50.00

2. LG DVD player - $6.00

3. Grill - $15.00

4. Four person hot tub with cover - $400.00

5. Umbrella on stand - $20.00

6. Table and 6 PVC chairs - $100.00

Regarding Property #14    GARAGE:

1.  Admiral dryer - $125.00

2.  GE washer - $100.00

3.  Haier freezer - $50.00

4.  Ten rods and reels - $200.00

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 4

5. File cabinet - $25.00

6. Ladder - $20.00

7. Echo string trimmer - $40.00

8. Two sets of golf clubs - $150.00

**Major activities affecting case closing:**
Filed Application to Pay Appraiser. <9/25/2019, 12:58:03 PM - JP-436>

TFR to UST. <9/24/2019, 12:06:14 PM - JP-436>

Filed Trustee's Report of Sale of Non-Exempt Assets. <9/24/2019, 11:42:19 AM - JP-436>

Filed Trustee's Report of Sale of the Estate's 7/24 interest in 13779 County Highway MM, Viola, Wisconsin. <9/24/2019, 11:22:55 AM - JP-436>

Emails to/from S. Wisotzkey, Esq. regarding closing of sale and status of TFR. <9/20/2019, 3:11:10 PM - LR-435>

Rev'd case for closing. <8/9/2019, 3:27:59 PM - LR-435>

Email to Buyer's Counsel enclosing draft closing documents for review and approval. <7/29/2019, 10:42:16 AM - LR-435>

Filed Notice of Abandonment. <7/26/2019, 3:08:30 PM - LR-435>

Email to G. Champeau, Esq. regarding scheduling closing. <7/22/2019, 2:39:32 PM - LR-435>

Recd Order Granting Motion to Sell; Prepare and file Proof of Service <7/10/2019, 12:01:29 PM - AM-443>

Submitted proposed order granting Motion to Sell Property. Emails to/from S. Wisotzkey, Esq. regarding status of sale. <7/5/2019, 6:04:57 AM - LR-435>

Executed Agreement for Purchase and Sale. Filed Motion to Sell. <5/29/2019, 2:42:05 PM - LR-435>

Emails to/from Realtor regarding status of listing. Jan. 31, 2019 (LR)

Email to Realtor regarding status of listing. Jan. 21, 2019 (LR)

Reduced listing price to $459,000.00. Dec. 16, 2018 (LR)

Rev'd offer to purchase; Counter. Email to S. Wistozkey, Esq. regarding offer. Nov. 20, 2018 (LR)

E-mail to Realtor to confirming listing is live. Oct. 5, 2018 (LR)

E-mailed signed listing agreement to Andrew Schultz. Sept. 26, 2018 (LR)

Recd Order Approving Application to Employ Andrew Schultz; Prepare and file Proof of Service 9/17/2018 - Anne Migliore

Filed Application to Employ Whitetail Properties as Realtor. Submitted proposed order. Sept. 10, 2018 (LR)

E-mail to Proposed Realtor enclosing draft employment application. Aug. 30, 2018 (LR)

TC with Realtors at Whitetail Properties and UC Hunting Properties regarding potential listing. Aug. 9, 2018 (LR)

Rev'd correspondence from S. Wisotzkey regarding form of letter agreement; Preparation of response. JUly 2, 2018 (LR)

**FORM 1**           Exhibit A
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**           Page: 5

Correspondence to S. Wisotzkey regarding proposed release of lien.  June 11, 2018 (LR)

Follow up e-mail to Rick Kolbriger.  Dec. 18, 2017 (LR)

E-mail to Rick Kolbriger.  Dec. 7, 2017 (LR)

Telephone conference with S. Wisotzkey, Esq. regarding appraisal of property.  Dec. 4, 2017 (LR)

Telephone conference with Rick Kolbriger.  Revise Agreement.  July 24, 2017 (LR)

Telephone conference with Rick Kolbriger regarding offer to purchase estate's interest in Richland County, WI property.
March 27, 2017 (LR)

Telephone conference with Rick Kolbriger regarding potential sale of Richland County, WI property.  Jan. 20, 2017 (LR)

Recd Order Approving Application of Trustee to Employ Counsel 1/6/2017; Filed Proof of Service 1/9/2017 - Anne Migliore

Filed Application to Employ HFSH & submitted proposed order.  E-mail to S. Wisotzkey, Esq. requesting copy of vesting deeds.  Correspondence to counsel for Mr. & Mrs. Kreuter regarding sale of Richland County, WI property.  Jan. 6, 2017 (LR)

Order Granting Motion for Approval of Stipulation for Repurchase entered 04/21/16; filed Proof of Service.  April 25, 2016 (RH)

Submitted proposed Order Granting Motion for Approval of Stipulation.  April 19, 2016 (RH)

Filed Withdrawal of Notice of Abandonment.  Correspondence to Jessie Leopard requesting referral to Realtor in Richland County, WI.  April 11, 2016 (LR)

Filed Motion Approve Stip for Repurchase of Non-Exempt Assets, in addition to, Notice of Abandonment of Property of the Estate. March 25, 2016 (JP)

Correspondence to Debtor's Counsel enclosing revised Stipulation for Repurchase of Non-Exempt Assets. Requested copy of 2015 tax return.  Mar. 17, 2106 (LR)

Correspondence to Debtor's Counsel enclosing proposed Stipulation for Repurchase of Non-Exempt Assets. March 9, 2016 (JP)

Mailed 2015 tax intercept letter to IRS. Dec. 31, 2015 (JP)

Rec'd offer for 1/6 interests in vacant land.  Dec. 30, 2015 (LR)

Order Granting in Part and Denying in Part Motion For Relief From Stay and Abandonment filed by Mark S. Kapsos and Cancelling Hearing Scheduled for October 29, 2015 entered 10/8/15.  Oct. 13, 2015 (LR)

Filed Notice of Assets. Preliminary Hearing Order on Motion for Relief from Stay filed by Creditor, Mark S. Kapsos, entered 9/25/15.  Hearing scheduled for 10/29/2015 at 09:30 AM at Ft. Myers, FL.  Oct. 2, 2015 (LR)

Filed Objection to Motion for Relief from Stay, Motion to Compel Abandonment.  Sept. 24, 2015 (LR)

Order Approving Application to Employ Read and Kelley Estate Services, LLC as Appraiser entered 09/10/15; filed Proof of Service.  September 11, 2015 (RH)

Filed Application to Employ an Appraiser; submitted proposed Order approving same.  September 9, 2015 (RH)

E-mailed initial 341 doc request to counsel.  - Jodi Payne 8/24/2015
 [Jodi Payne 2015-08-24 18:58:58]

**Initial Projected Date of Final Report (TFR):**  August 31, 2017        **Current Projected Date of Final Report (TFR):**  September 24, 2019 (Actual)

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 1

| Case Number: | 15-07727 CED | | Trustee: | LUIS E. RIVERA II |
| --- | --- | --- | --- | --- |
| Case Name: | Raul Scott Fails | | Bank Name: | Union Bank |
| | Jean M Fails | | Account: | ******8053 - Checking |
| Taxpayer ID#: | **-***0285 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 09/25/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/16/16 | Asset #22 | United States Treasury | Surrender of 2015 Tax Refund | 1224-000 | 171.00 | | 171.00 |
| 03/25/16 | | Raul Scott Fails | Repurchase Non-Exempt Assets per Order (Doc. 31). | | 2,842.75 | | 3,013.75 |
| 03/25/16 | Asset #8 | Raul Scott Fails | Checking Account With Suncoast Fcu         25.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #21 | Raul Scott Fails | 2004 Buick Rainier W/126,000 Miles (Kbb.Com Fair Condition)         759.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #10 | Raul Scott Fails | Love Seats, 2 Chairs, Lamps, Dining Room Table W Chairs, 4 T         1,335.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #14 | Raul Scott Fails | 2 Sets Of Golf Clubs And Bags And Misc. Fishing Tackle         660.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #6 | Raul Scott Fails | Checking Account With Englewood Bank         37.50 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #7 | Raul Scott Fails | Checking Account With Pyramax Bank         25.00 | 1129-000 | | | 3,013.75 |
| 03/25/16 | Asset #9 | Raul Scott Fails | Savings Account With Suncoast Fcu         1.25 | 1129-000 | | | 3,013.75 |
| 05/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,998.75 |
| 06/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,983.75 |
| 07/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,968.75 |
| 08/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,953.75 |
| 09/26/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,938.75 |

## Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 2

| Case Number: | 15-07727 CED | | Trustee: | LUIS E. RIVERA II |
|---|---|---|---|---|
| Case Name: | Raul Scott Fails | | Bank Name: | Union Bank |
| | Jean M Fails | | Account: | ******8053 - Checking |
| Taxpayer ID#: | **-***0285 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 09/25/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,923.75 |
| 11/25/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,908.75 |
| 12/27/16 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,893.75 |
| 01/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,878.75 |
| 02/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,863.75 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,848.75 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,833.75 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,818.75 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,803.75 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,788.75 |
| 08/16/17 | | James R. Kreuter DBA Midwest Properties Management | Deposit on purchase of Asset 3 - 142 Acres in Richland County, WI | 1180-000 | 500.00 | | 3,288.75 |
| 08/16/17 | | Karen Janiszewski | Deposit on purchase of Asset 3 - 142 Acres in Richland County, WI | 1180-000 | 500.00 | | 3,788.75 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,773.75 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,758.75 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,743.75 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 3

| Case Number: | 15-07727 CED | | Trustee: | LUIS E. RIVERA II |
| --- | --- | --- | --- | --- |
| Case Name: | Raul Scott Fails | | Bank Name: | Union Bank |
| | Jean M Fails | | Account: | ******8053 - Checking |
| Taxpayer ID#: | **-***0285 | | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 09/25/19 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>Check or<br>Ref. # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,728.75 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,713.75 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 3,698.75 |
| 02/09/18 | 30001 | Karen Janiszewski | Refund Deposit for liquidation of Asset 3 (1/6 Interest in 142 Acres) | 8500-002 | | 500.00 | 3,198.75 |
| 02/09/18 | 30002 | James R. Kreuter DBA Midwest Properties Management | Refund Deposit for liquidation of Asset 3 (1/6 Interest in 142 Acres) | 8500-002 | | 500.00 | 2,698.75 |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,683.75 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,668.75 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,653.75 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,638.75 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,623.75 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,608.75 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,593.75 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,578.75 |
| 10/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,563.75 |
| 11/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,548.75 |

# Form 2
## Cash Receipts and Disbursements Record

Exhibit B

Page: 4

| **Case Number:** | 15-07727 CED | **Trustee:** | LUIS E. RIVERA II |
|---|---|---|---|
| **Case Name:** | Raul Scott Fails | **Bank Name:** | Union Bank |
| | Jean M Fails | **Account:** | ******8053 - Checking |
| **Taxpayer ID#:** | **-***0285 | **Blanket Bond:** | $77,173,558.00 (per case limit) |
| **Period Ending:** | 09/25/19 | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,533.75 |
| 01/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,518.75 |
| 02/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,503.75 |
| 03/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,488.75 |
| 04/25/19 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 15.00 | 2,473.75 |
| 05/10/19 | | Union Bank | Account Closeout Transfer Adjustment | 9999-000 | | 2,473.75 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,013.75 | 4,013.75 | $0.00 |
| Less: Bank Transfers | 0.00 | 2,473.75 | |
| **Subtotal** | 4,013.75 | 1,540.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$4,013.75** | **$1,540.00** | |

**Form 2** — Exhibit B
**Cash Receipts and Disbursements Record**

Page: 5

| Case Number: | 15-07727 CED | Trustee: | LUIS E. RIVERA II |
|---|---|---|---|
| Case Name: | Raul Scott Fails | Bank Name: | Signature Bank |
|  | Jean M Fails | Account: | ******4664 - Checking |
| Taxpayer ID#: | **-***0285 | Blanket Bond: | $77,173,558.00 (per case limit) |
| Period Ending: | 09/25/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/10/19 |  | Signature Bank | Account Opening Deposit Adjustment | 9999-000 | 2,473.75 |  | 2,473.75 |
| 05/30/19 | Asset #3 | Karen Janiszewski | Earnest money deposit applied to sale of Asset No. 3 per Order (Doc. 44). | 1110-000 | 4,750.00 |  | 7,223.75 |
| 05/30/19 | Asset #3 | James Kreuter | Earnest money deposit applied to sale of Asset No. 3 per Order (Doc. 44). | 1110-000 | 4,750.00 |  | 11,973.75 |
| 08/02/19 | Asset #3 | Wisconsin Title Closing Service, Inc. | Balance of proceeds of sale of Asset No. 3 per Order (Doc. 44). | 1110-000 | 85,500.00 |  | 97,473.75 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 97,473.75 | 0.00 | $97,473.75 |
| Less: Bank Transfers | 2,473.75 | 0.00 | |
| **Subtotal** | 95,000.00 | 0.00 | |
| Less: Payment to Debtors |  | 0.00 | |
| **NET Receipts / Disbursements** | **$95,000.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******4664** | 95,000.00 | 0.00 | 97,473.75 |
| **Checking # ******8053** | 4,013.75 | 1,540.00 | 0.00 |
|  | **$99,013.75** | **$1,540.00** | **$97,473.75** |

# Exhibit C
# Claims Register
### Case:  15-07727-CED    Raul Scott Fails

Total Proposed Payment: $97,473.75      Claims Bar Date: 01/04/16

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Luis E. Rivera II<br>P.O. Box 1026<br>Fort Myers, FL 33902<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>07/28/15 | | $215.91<br>$215.91 | $0.00<br>$215.91 | $215.91 |
| | Luis E. Rivera II<br>P.O. Box 1026<br>Fort Myers, FL 33902<br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>07/28/15 | | $8,150.69<br>$8,150.69 | $0.00<br>$8,150.69 | $8,150.69 |
| | Henderson, Franklin, Starnes & Holt, P.A.<br>P.O. Box 280<br>Fort Myers, FL 33902-0280<br>3210-00   Attorney for Trustee Fees (Other Firm), 200 | Admin Ch. 7<br>09/23/19 | | $2,275.00<br>$2,275.00 | $0.00<br>$2,275.00 | $2,275.00 |
| | Read and Kelley Estate Services, LLC<br>P.O. Box 3111<br>North Fort Myers, FL 33918<br>3711-00   Appraiser for Trustee Fees, 200 | Admin Ch. 7<br>09/25/19 | | $200.00<br>$200.00 | $0.00<br>$200.00 | $200.00 |
| 1-1 | Midland Credit Management Inc As A<br>For<br>Midland Funding Llc<br>Warren, MI 48090<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/09/15 | | $4,995.33<br>$4,995.33 | $0.00<br>$800.81 | $4,995.33 |
| 2-1 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, WA 98083-0788<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>10/12/15 | | $390.25<br>$390.25 | $0.00<br>$62.56 | $390.25 |
| 3-1 | Mohela / Dept Of Ed<br>633 Spirit Dr<br>Chesterfield, MO 63005<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>11/06/15 | (3-1) Account Number (last 4 digits):9811 | $2,737.95<br>$2,737.95 | $0.00<br>$438.92 | $2,737.95 |
| 4-1 | Mark Kapsos<br>117 N. Meadowside Court<br>Oconomowoc, WI 53066<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>11/25/15 | | $527,999.17<br>$527,999.17 | $0.00<br>$84,643.94 | $527,999.17 |
| 5-1 | Ally Financial<br>Po Box 130424<br>Roseville, MN 55113-0004<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>12/15/15 | | $1,425.10<br>$1,425.10 | $0.00<br>$228.46 | $1,425.10 |
| 6-1 | Ally Financial<br>Po Box 130424<br>Roseville, MN 55113-0004<br>7100-00   General Unsecured § 726(a)(2), 610 | Unsecured<br>12/15/15 | | $2,853.58<br>$2,853.58 | $0.00<br>$457.46 | $2,853.58 |
| | | | Case Total: | $551,242.98 | $0.00 | $551,242.98 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 15-07727-CED
Case Name: Raul Scott Fails
Trustee Name: LUIS E. RIVERA II

**Balance on hand:** $ 97,473.75

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | **NONE** | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 97,473.75

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Luis E. Rivera II | 8,150.69 | 0.00 | 8,150.69 |
| Trustee, Expenses - Luis E. Rivera II | 215.91 | 0.00 | 215.91 |
| Attorney for Trustee, Fees - Henderson, Franklin, Starnes & Holt, P.A. | 2,275.00 | 0.00 | 2,275.00 |
| Other, Fees - Read and Kelley Estate Services, LLC | 200.00 | 0.00 | 200.00 |

Total to be paid for chapter 7 administration expenses: $ 10,841.60
Remaining balance: $ 86,632.15

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| | **NONE** | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 86,632.15

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | **NONE** | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 86,632.15 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $540,401.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-1 | Midland Credit Management Inc As A | 4,995.33 | 0.00 | 800.81 |
| 2-1 | Quantum3 Group Llc As Agent For | 390.25 | 0.00 | 62.56 |
| 3-1 | Mohela / Dept Of Ed | 2,737.95 | 0.00 | 438.92 |
| 4-1 | Mark Kapsos | 527,999.17 | 0.00 | 84,643.94 |
| 5-1 | Ally Financial | 1,425.10 | 0.00 | 228.46 |
| 6-1 | Ally Financial | 2,853.58 | 0.00 | 457.46 |

|  | Total to be paid for timely general unsecured claims: | $ | 86,632.15 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | **NONE** | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|--|--|--|--|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**